William L. Shipley, Jr.
Attorney at Law

Letter

PO Box 745
Kailua, Hawai'i 96734
Telephone: (808) 228-1341
808Shipleylaw@gmail.com

Honorable Leslie E. Kobayashi,
United States District Judge
300 Ala Moana Blvd.
Honolulu, HI 96812

Re: S&G Labs Hawaii v. Darren Graves
19-cv-00310 LEK
Issues Remaining for Trial

Dear Judge Kobayashi:

Taking into consideration the Court's previous Orders on Motions for Summary Judgment, Counter- and Cross-Claim Defendants S&G Labs Hawaii and Dr. Lynn Puana submit that the following issues have been resolved and would not be subject to further testimony or evidence at the upcoming trial:

1. The EKRA statute did not render legally invalid the compensation terms of the employment agreement between S&G Labs and Graves upon its passage in November 2018.

2. S&G Labs did breach the employment agreement by unilaterally reducing Grave's compensation for the period May 1, 2019 to and through the date of his termination.

3. There is no triable issue of fact with regard to the alleged claims for defamation or business disparagement made by Graves against cross-defendant Stefanie Castro, and judgment in her favor was entered on all claims made against her.

4. With only one exception, there are no triable issues of material fact with regard to the alleged claims of defamantion, business disparagement, and interference with contractual or prospective economic advantage made by Graves against cross-Defendant Dr. Lynn Puana, and judgment was entered in her favor on all such claims -- except for the following: there is a triable issue of fact with respect to statement(s) allegedly made by Dr. Puana to one individual as specifically identified in the Cross-Complaint.

Matters that remain for jury determination at the upcoming trial are as follows:

1. The amount of monetary damages to which Graves might be entitled for the period from May 1, 2019, to the date of termination of his employment.

2. Whether Graves was terminated "for cause" as defined under the terms of his employment contract.

3. If Graves was terminated "without cause", the amount of damages to which Graves might be entitled under the "severance" clause of his employment contract.

4. Whether S&G Labs violated the State of Hawaii Wage Act with respect to any wages not paid to Graves at the time of his termination. Part of this issue will involve a Court determination as to whether S&G Labs had an "equitable justification" under state law for not paying wages that were withheld at the time of his termination. That is a factual issue specifically reserved for Court determination under state law.

5. Whether S&G Labs violated the State of Hawaii "Whistleblower" statute by terminating Graves after he filed his Counter-Claim in this action.

Sincerely,

WILLIAM L. SHIPLEY, JR.
Attorney for S&G Labs and
Dr. Lynn Puana