Case 1:19-cv-00310-LEK-WRP   Document 282   Filed 09/25/23   Page 1 of 3
                                             PageID.3927
AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| S&G LABS HAWAII, LLC, a Hawaii Limited Liability Company<br><br>　　　Plaintiff and Counterclaim Defendant,<br><br>　　　V.<br><br>DARREN GRAVES<br><br>　　　Defendant and Counterclaim Plaintiff.<br><br>―――――――――――――――――<br>DARREN GRAVES,<br><br>　　　Third-Party Plaintiff<br><br>　　　V.<br><br>LYNN PUANA, M.D.; STEFANIE BADE-CASTRO<br><br>　　　Third-Party Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 19-00310 LEK-WRP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Sep 25, 2023, 4:15 pm<br>Lucy H. Carrillo, Clerk of Court |

[✓]　**Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]　**Decision by Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

Case 1:19-cv-00310-LEK-WRP   Document 282   Filed 09/25/23   Page 2 of 3
                                                PageID.3928
AO 450 (Rev. 5/85) Judgment in a Civil Case                                      Page 2 of  3

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to, and in accordance with the following orders: "Order Granting Defendant's Motion for Summary Judgment", ECF No. 121, filed on February 17, 2021; the "Order Denying Plaintiff's Motion for Reconsiderion [sic] on Order Granting Summary Judgment as to Counts 3 Through 9 of the First Amended Complaint", ECF No. 148, filed March 19, 2021; the "Order: Ruling on the Parties' Pretrial Briefs; and Granting in Part and Denying in Part the S&G Parties' Motion for Summary Judgment", ECF No. 213, filed October 18, 2021; the "Order Regarding Remaining Claims", ECF No. 241, filed February 21, 2023; the "Special Jury Verdict Form", filed April 5, 2023, ECF Nos. 274 and 275 (unredacted); and the "Order Ruling on the Remaining Claims in this Case", filed on September 25, 2023, ECF No. 281.

Judgment is entered in favor of Defendant/Counterclaim Plaintiff Darren Graves and against Plaintiff/Counterclaim Defendant S&G Labs Hawaii, LLC in the following amounts:  $19,531.14 as to Counterclaim Counts I and II (trade secret claims), collectively, pursuant to the 2/17/21 Order and the 9/25/23 Order; $3,500,000.00 as to Counterclaim Count III (breach of contract), pursuant to the jury's Verdict; $793,297.81 as to Counterclaim Count VI (Chapter 388 unpaid wages claim), consisting of the amount reflected in the jury's Verdict ($354, 333.33) and the civil penalty determined in the 9/25/23  Order ($438, 964.48); and $250,000.00 in general damages and $1,000,000.00 in punitive damages as to Counterclaim Counts X and XI (wrongful termination claims), pursuant to the jury's Verdict.

Judgment is entered in favor of Third-Party Plaintiff Darren Graves and against Third-Party Defendant  Dr. Lynn Puana (now known as Dr. Lynn Welch), in the following amounts: $500,000.00 in general damages as to Third-Party Counts II and III (defamation claims), collectively, pursuant to the jury's Verdict; and $2,000,000.00 in punitive damages as to Third-Party Counts II and III collectively, pursuant to the jury's Verdict.

Additionally, judgment is entered  in favor of Graves and against S&G as to all claims in S&G's First Amended Complaint, [filed 3/1/20 (dkt. no. 63),] pursuant to this Court's 2/17/21 Order;  judgment is entered in favor of S&G and against Graves as to (1) Counterclaim Count IV (breach of the implied covenant of good faith and fair dealing), pursuant to the 2/21/23 Order, (2a) Counterclaim Count V (unjust enrichment), (2b) Counterclaim Count VIII (claim for injunctive relief), and (2c) Counterclaim Count IX (claim for declaratory relief), pursuant to the 9/25/23 Order; judgment is entered in favor of  Dr. Puana, (now known as Dr. Welch), and against Graves as to (1) Third-Party Count V (tortious interference with contract), pursuant to the 2/21/23 Order, (2a) Third-Party Count VI (claim for injunctive relief), and (2b) Third-Party Count VII (claim for declaratory relief),

Case 1:19-cv-00310-LEK-WRP　　Document 282　　Filed 09/25/23　　Page 3 of 3
　　　　　　　　　　　　　　　　　　　　　PageID.3929
AO 450 (Rev. 5/85) Judgment in a Civil Case　　　　　　　　　　　　　　　　　　　　　　　Page 3 of 3

pursuant to the 9/25/23 Order; and judgment is entered in favor Third-Party Defendant Stefanie Bade-Castro and against Graves as to (1) Third-Party Count I, pursuant to the 10/18/21 Order, (2) Third-Party Count V, pursuant to the 2/21/23 Order.

All other claims were previously dismissed pursuant to stipulations by the parties.

| September 25, 2023 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
|  | /s/ LUCY H. CARRILLO by EA |
|  | (By) Deputy Clerk |