IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| S&G LABS HAWAII, LLC, | ) | CV 19-00310 LEK-WRP |
| | ) | |
|     Plaintiff and | ) | ORDER ADOPTING MAGISTRATE |
|     Counterclaim Defendant, | ) | JUDGE'S FINDINGS AND |
| | ) | RECOMMENDATION TO GRANT IN |
|     vs. | ) | PART DARREN GRAVES' MOTION |
| | ) | FOR AN AWARD OF ATTORNEYS' |
| DARREN GRAVES, | ) | FEES AND COSTS |
| | ) | |
|     Defendant, | ) | |
|     Counterclaim Plaintiff, and | ) | |
|     Third-Party Plaintiff, | ) | |
| | ) | |
| LYNN PUANA, M.D., | ) | |
| | ) | |
|     Third-Party Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION TO GRANT IN PART DARREN GRAVES'
MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

    Findings and Recommendation having been filed and served on all parties on July 26, 2024, and no objections having been filed by any party,

    IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

DATED AT HONOLULU, HAWAI`I, August 19, 2024.



        /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

S&G LABS HAWAII, LLC VS. DARREN GRAVES; CV 19-00310 LEK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART DARREN GRAVES' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS